# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VICTOR J. RODELLA, | ) | 1:07-CV-01567 LJO SMS HC |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER GRANTING IN FORMA PAUPERIS |
| v. | ) | STATUS |
| | ) | |
| CORCORAN STATE PRISON, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 1915, Petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

**Dated:   November 1, 2007**              /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE